**MEMORANDUM DECISION AND ORDER** Based on In re Boucek, 280 B.R. 533, 537-38 (Bankr. D. Kan. 2002), and In re Mickens, 2005 WL 375661 (Bankr. D.D.C. Feb.14, 2005), the order below is signed. The order does not preclude the debtor's filing a motion under Rule 9006 to enlarge the time for the debtor (not the creditor) to file a proof of the creditor's claim under Fed. R. Bankr. P. 3004. See In re Harding, 2006 WL 5738080 (Bankr. D. Md. Jan. 30, 2006). But such a motion should be filed as a motion, not as a request within an opposition to the objection to the untimely claim filed by the creditor. The order not bar the trustee's filing a motion to vacate this order and withdraw the trustee's objection to the claim if she concludes that the interests of the debtor and of the creditor body warrant letting the claim remain an allowed claim (unless and until objected to) in light of the debtor's representations as to why that would be beneficial to the debtor. Dated: October 15, 2008.



S. Martin Teel, Jr.
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
IN RE
EUNICE M. HERRING                            :   Chapter 13 Case No. 07-00671
         Debtor                              :
```

**ORDER DISALLOWING CLAIM OF AMERICAN HOME MORTGAGE**

Upon consideration of the Objection of the Trustee, the secured proof of claim filed July 28, 2008, by American Home Mortgage, in the amount of $303,466.57, as an untimely filed claim, and the court record herein, it is,

ORDERED, that the Trustee's Objection be and the same is hereby sustained, and said claim filed July 28, 2008, is hereby disallowed and expunged from the record.

```
Eunice M. Herring
3316 Oxon Run Road, SE
Washington, DC  20032

Bennie R. Brooks
8201 Corporate Drive, #260
Landover, MD  20785-2319

American Home Mortgage
4600 Regent Boulevard, #200
Irving, TX  75063

American Home Mortgage
Attn: Richard J. Rogers
600 Baltimore Avenue, #208
Towson, MD  21204

Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623
```